# Exhibit A

**ACCREDITATION COUNCIL**
**STATEMENT OF ACCOUNT**

| Debtor | Type | Check/ Wire Number | Payment ($) | Clear Date | Invoice Number | Invoice Date | Invoice Amount ($) |
|---|---|---|---|---|---|---|---|
| St. Christopher's Healthcare, LLC | Check | 35002 | $ 60,400 | 6/4/2019 | 910606 | 1/1/2019 | $ 60,400 |
|  |  |  | **$ 60,400** |  |  |  | **$ 60,400** |