# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.*,<br><br>                Debtors.[1] | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| Center City Healthcare, LLC d/b/a Hahnemann University Hospital and St. Christopher's Healthcare, LLC,<br><br>                Plaintiffs,<br><br>v.<br><br>Accreditation Council for Graduate Medical Education,<br><br>                Defendant. | Adversary No. 21-50969 (MFW)<br><br>**RE: Docket No. 12** |

## ORDER APPROVING STIPULATION EXTENDING TIME

Upon consideration of the *Stipulation Extending Time* (the "Stipulation"),[2] and the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no further or other notice of the Stipulation need be given, except as provided for herein, it is hereby ORDERED that:

1.      The Stipulation is approved.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

[2] Undefined terms used herein shall have the meanings ascribed to them in the Stipulation.

2.  Defendant shall have through and including November 12, 2021, to answer, move or otherwise respond to the Complaint.

3.  Except as specifically set forth herein, all rights, claims and defenses of the Parties shall be fully preserved.

4.  The Court shall, and hereby does, retain jurisdiction with respect to the enforcement, implementation and interpretation of this Order.

Dated: October 19th, 2021　　　　　　　　　MARY F. WALRATH
Wilmington, Delaware　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE